UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.S. SPENCER,

    Plaintiff,

v.

PFIZER, INC., et al.,

    Defendants.
_____/

Case No. 1:22-cv-737

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: August 22, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge